NICHOLAS B. WARANOFF (BAR NO. 060155)
MARK J. SEIFERT (BAR NO. 217054)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
Three Embarcadero Center, 12th Floor
San Francisco, CA  94111-4074
Phone:  (415) 837-1515
Fax:  (415) 837-1516
E-Mail:  nwaranoff@allenmatkins.com
            mseifert@allenmatkins.com

Attorneys for Petitioner
SHANE C. ALBERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHANE C. ALBERS,<br><br>            Petitioner,<br><br>     vs.<br><br>PMP ACCESS FUND MANAGER, LLC, a Delaware limited liability company,<br><br>            Respondent. | Case No. 5:10-CV-1054-JF<br><br>ORDER RELATING CASES<br>(CIVIL L.R. 3-12) |

Shane C. Albers ("Albers") has submitted an Administrative Motion to Consider Whether Cases Should Be Related (Civil L.R. 3-12).  Good cause appearing, the Court hereby GRANTS the Motion and ORDERS that the following case be RELATED to the present case: *PMP Access Fund Manager, LLC v. Shane C. Albers*, Case No. 3:10-CV-1057-JL.

   IT IS SO ORDERED.

Dated:  3-23-2010

Hon. Jeremy Fogel
Judge of the United States District Court